WILLIAM J. BERGHEN, Respondent, *v.* CHARLES G. PURDY et al., Appellants.

*Berghen* v. *Purdy*, 51 App. Div. 617, affirmed.
(Submitted December 18, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered April 9, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Eugene M. Bartlett* for appellants.

*D. B. Tuttle* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, HAIGHT, LANDON, CULLEN and WERNER, JJ.

———

FRED FLEMING, Respondent, *v.* CHARLES H. BUSWELL et al., Appellants.

*Fleming* v. *Buswell*, 48 App. Div. 635, affirmed.
(Argued December 18, 1901; decided December 31, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered February 23, 1900, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Fred L. Eaton* for appellants.

*Thomas H. Dowd* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: PARKER, Ch. J., GRAY, O'BRIEN, LANDON, CULLEN and WERNER, JJ.   Absent: HAIGHT, J.